UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD P. GAMBINO, as he is ADMINISTRATOR, LOCAL 103, I.B.E.W. HEALTH BENEFIT PLAN; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; JOINT APPRENTICESHIP AND TRAINING FUND; and LAWRENCE J. BRADLEY, as he is EXECUTIVE SECRETARY-TREASURER, NATIONAL ELECTRICAL BENEFIT FUND,<br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>EIRE ELECTRIC LLC,<br>　　　　　Defendant. | CIVIL ACTION<br>NO. 18-10937-RWZ |

**NOTICE OF DISMISSAL**

Now come the Plaintiffs Local 103 I.B.E.W. Health Benefit Plan, et al., pursuant to Rule 41(a)(1), Fed. R. Civ. P., and submit this notice of dismissal without prejudice in the above-captioned action.

The instant action was commenced on May 10, 2018. The opposing party has filed neither an answer nor a motion for summary judgment in this action. Instead, pursuant to their representation in their last Status Report to the Court, the Funds have been able to collect $253,934.98 from third-party settlements after asserting claims under a state mechanic's lien statute, M.G.L. c. 254, §§ 1 and 4. The Funds were also able to apply a $25,000 cash bond on deposit with the Funds to the remaining amount due following a successful Motion for Relief from Automatic Stay in the related bankruptcy proceeding. See In re Eire Electric, LLC, Case Number 18-12220-MSH (D. Mass. Bankr.), Dkt. Nos. 37-38, attached hereto as Exhibit A.

As of May 30, 2019, the Funds continue to claim an unsecured amount of $9321.00 against the Defendant's estate via an amended proof of claim. Given the remaining assets at issue in the bankruptcy proceeding and the status of the Plaintiffs' amended proof of claim, dismissal of the instant action will not adversely affect Plaintiffs' proof of claim.

WHEREFORE, for the reasons stated herein, the Plaintiffs respectfully request the Court dismiss this action without prejudice.

Respectfully submitted,

RICHARD P. GAMBINO, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W., *et al.*,

By their attorneys,

/s/ Carey D. Shockey
Kathryn S. Shea, BBO #547188
Carey D. Shockey, BBO #704164
Segal Roitman, LLP
33 Harrison Avenue, 7th Floor
Boston, MA 02111
(617) 603-1417
kshea@segalroitman.com
Dated: July 24, 2019                cshockey@segalroitman.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above Motion for Order of Dismissal has been sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and to non-registered participants by mail on this 24th day of July, 2019.

/s/ Carey D. Shockey
Carey D. Shockey